## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

   v.                               Case No.  2:22-mj-08238-ADM

DOMINIC MCDANIEL,

          Defendant.

## CRIMINAL COMPLAINT

I, David Dane, the complainant in this case, being duly sworn state the following is true and correct to the best of my knowledge and belief, establishes probable cause that the following offense has been committed:

## COUNT ONE

On or about October 31, 2022, in the District of Kansas, the defendant,

## DOMINIC MCDANIEL,

knowingly escaped from Geo Reentry Inc., a Residential Reentry Office in Kansas City, Kansas, an institutional facility where he was lawfully confined at the direction of the Attorney General by virtue of an order of the United States District Court for the Western District of Missouri, Case Number 4:20-CR-0041-01-W-SRB, upon conviction for Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a).

## STATEMENT OF FACTS

1

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other agents and agencies:

1.    I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the Kansas City Division as a member of the Kansas City Violent Crime Task Force. I have served as a DUSM for over 15 years, and I am a commissioned federal law enforcement officer. I have successfully completed the Criminal Investigator Training Program and Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glynco, Georgia. As a DUSM, I am responsible for investigating and apprehending federal fugitives. I have been involved in numerous criminal, fugitive, and apprehension investigations and operations. In total, I have been a commissioned law enforcement officer for over 15 years. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America.

2.    On August 31, 2021, the United States District Court for the Western District of Missouri, in case number 4:20-CR-0041-01-W-SRB, sentenced Dominic McDaniel upon his conviction for Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2). The Court sentenced McDaniel to the custody of the United States Bureau of Prisons (BOP) for a term of imprisonment of 33 months, as reflected in the judgment order filed August 31, 2021. BOP is an authorized representative of the Attorney General, as set forth in Title 18, United States Code, Section 751. McDaniel was scheduled to be released from the Bureau of Prisons (BOP) custody on December 22, 2022.

3.     The GEO Reentry Inc., on Brewer Place in Leavenworth, Kansas, is a residential reentry center ("RRC") that provides transitional services for BOP inmates who are serving the final part of their sentences.  BOP transferred McDaniel to that RRC on September 29, 2022, from FCI Yazoo.  McDaniel remained in BOP custody while at the RRC.

4.     On October 31, 2022, at approximately 3:00 pm, McDaniel was on a pass and called the facility to inform staff he was running late.  He was told to be back by 4:00 pm. McDaniel was instructed to maintain contact with the facility.  At approximately 3:45 pm, staff called McDaniel and got no answer.  Staff left a message for him to call the facility.  The facility director attempted to call the resident and got no answer, and left a message instructing him to call the facility.  The BOP Duty Officer was contacted, and McDaniel was given until 4:50 pm to return. McDaniel still has not returned to the RRC as of November 1, 2022, and his whereabouts are currently unknown. Based on the foregoing, I respectfully submit there is probable cause to believe that Dominic McDaniel has violated Title 18, United States Code, Section 751(a), Escape.

David Dane
Deputy United States Marshal


Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on November 2, 2022.

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge
District of Kansas

3

## PENALTIES:

Count 1: Escape from Custody, 18 U.S.C. 751(a)

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 751(a).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

4